UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| TERRI MESSER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 13-086-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | **JUDGMENT** |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of Carolyn W. Colvin, Acting Commissioner of Social Security, is **AFFIRMED** and Judgment is entered in her favor with respect to all issues.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 14th day of April, 2014.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge